425962

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**FILED**
**AUG 2 1 2013**
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
ANTHONY DAVID TIBBS
PDID # 360-327

Case No. 99CR129

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTHONY DAVID TIBBS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

21 USC 846 Conspiracy to Distribute Narcotics; Failure to appear for court hearing scheduled on August 15, 2013 before Judge Royce C. Lamberth.

Date:   08/16/2013

*Issuing officer's signature*

City and state:   Washington, DC

Mattie Powell-Taylor
*Printed name and title*

### Return

This warrant was received on *(date)* 8/16/2013, and the person was arrested on *(date)* 8/21/2013
at *(city and state)* Washington, DC

Date: 8/21/2013

Arresting officer's signature
receiving

Stokes, A. DUSM
*Printed name and title*